IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Jeremy Glenn Ahlum,<br>Mark William Emery,<br>and James Gary Gain,<br>on behalf of themselves and all<br>others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>Town of Ridgeland,<br>Ridgeland Police Department,<br>Gary Hodges,<br>Richard V. Woods, and<br>iTraffic Safety, LLC,<br><br>      Defendants. | Civil Action No.: 9:10cv3227-SB |

## CONSENT ORDER AND BRIEFING SCHEDULE

Before the Court is Plaintiffs' Motion for Extension of Time to file a consolidated Opposition to Defendants' Motions to Dismiss. Defendants Consent to Plaintiffs' Motion. Presently, the response to Defendant iTraffic Safety, LLC's Motion to Dismiss is due on February 7, 2011. The response to the remaining Defendants' Motion to Dismiss is due on February 17, 2011. The Court **GRANTS** Plaintiffs' Motion for Extension of time. Plaintiffs shall file a consolidated response by February 24, 2011. Defendants shall file any Reply by March 7, 2011.

SO ORDERED, this ___ day of February, 2011.

The Honorable Sol Blatt, Jr.
United States District Judge
District of South Carolina