# EXHIBIT

# A



# RIDGELAND POLICE DEPARTMENT

RIDGELAND, SOUTH CAROLINA • RICHARD V. WOODS *Chief of Police*

Enclosed please find a South Carolina Uniform Traffic Ticket which is hereby served upon you by the Town of Ridgeland Police Department.

The Ticket you are receiving today is a serious offense. Your safety and those who traveled I-95 at the time of your violation were at risk.

Year to date there have been a number of fatalities within this section of I-95. As Chief of Police, it is my duty to improve public safety by enforcing the law. The best way to address dangerous driving is by consistently enforcing traffic laws.

The Ticket you are receiving has been written as a Town Ordinance, which means that this Ticket, ordinarily, will not appear on your driving record.

However, if you fail to appear in court, or do not pay the listed bond amount prior to the trial date, the Town of Ridgeland may:

- Issue a Bench Warrant for your arrest; and/or,
- Take action to suspend your driver's license

You may make payment for the stated bond amount by credit card over the phone, by going to the Town of Ridgeland's website: www.ridgelandsc.gov/departments/municipal_court.htm., or if paying by mail, please send only a money order, or cashier's check to the Town of Ridgeland, P.O. Box 1119, Ridgeland, S. C. 29936.

If you have any question, please call: (843)726-9000 during normal business hours.

Respectfully,

Richard V. Woods, Chief of Police

(1) Nothing herein shall constitute legal advice as to the effect of a traffic citation upon a particular individual in a particular state. As each state is different, it is recommended that you check with the Department of Motor Vehicles of your home state to ascertain the effect a traffic citation may have upon your driving record.

# UNIFORM TRAFFIC TICKET

STATE OF SOUTH CAROLINA

OF RIDGELAND    VERSUS

NAME: GLENN AHLUM

STREET AND NO: TIMBERWOOD RD    CITY: GREER    STATE: SC    ZIP CODE: 29651

I ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT

TOWN SQUARE PLZ, BOX 1119, RIDGELAND, SC

OFFENSE: SPEEDING 82/70

36529FO

## NOTICE

THE PRIMARY AIM OF TRAFFIC LAW ENFORCEMENT IS TO REDUCE TRAFFIC ACCIDENTS, INJURIES AND DEATHS THROUGH FAIR, IMPARTIAL, AND REASONABLE ENFORCEMENT OF TRAFFIC LAWS.

**SPEEDING (82/70)**




