**EXHIBIT LIST**

| | |
|---|---|
| Exhibit A: | Cover Letter from Richard Woods and Ticket Violation for Jeremy Ahlum |
| Exhibit B: | Collection Agency Agreement between Town of Ridgeland and iTraffic Safety, L.L.C. |
| Exhibit C: | William Danzell of iTraffic email dated October 15, 2010 re: officer timecards |
| Exhibit D | William Danzell of iTraffic email dated October 18, 2010 re: daily ticket expectations |
| Exhibit E | Jason Cox of iTraffic email dated January 19, 2011 re: not economically viable to deploy |
| Exhibit F | Jason Cox of iTraffic email dated January 19, 2011 re: moving to weekend deployments |
| Exhibit G | William Danzell of iTraffic email dated November 19, 2010 re: November ticket decline |
| Exhibit H | William Danzell of iTraffic email dated December 1, 2010 re: ticket decline concerns |
| Exhibit I | Mayor Hodges letter to editor re: mailing a ticket is not the standard practice |
| Exhibit J | Sandy Hall, Clerk of Court Second Notice of Ticket Before Driver's License Suspension |