# EXHIBIT A

9:10-cv-03227-SB    Date Filed 05/27/11    Entry Number 33-1    Page 1 of 2



Jason Taylor <ridgelandsc@gmail.com>

## RV Time Cards
1 message

william danzell <wdanzell@gmail.com>                Fri, Oct 15, 2010 at 2:11 PM
Reply-To: wdanzell@gmail.com
To: "Swinehamer, David" <dswinehamer@ridgelandpd.com>, rlowther@ridgelandpd.com
Cc: jtaylor@ridgelandsc.gov, Jason Cox <jason@itrafficsafety.com>

Officer Swinehamer and Lowther:

Starting today please fill out and sign a time card at the RV when you arrive and when you depart. Your iTRAFFIC 40 work week is determined by the hours deployed. The time cards will be delivered to Jason Cox by you for each day of work.

Thanks.

Bill



Bill Danzell, *Chairman*
Bill@iTrafficSafety.com
Office: (843) 645-2212
Fax: (843) 645-4490