

# Town of Ridgeland
One Town Square • Post Office Box 1119 • Ridgeland, SC 29936

June 1, 2011

Attorney Ray Lord
7436 Broad River Road Suite 110
Irmo, SC 29063

Re: Paul Liebrecht Citation 93383FH

Dear Mr. Sammons

I am writing to inform you that the Town will not be able to provide you with a trial for the above referenced offense within the time frame recently set by South Carolina's Chief Justice. For this reason, the above-referenced traffic ticket has been dismissed. No further action is required from you. If you have posted bond, it will be refunded. If you have not posted bond, there will be no further correspondence from our office.

Sincerely

Thomas Scoggins
Municipal Court Judge

Telephone: 843-726-7500 • Fax: 843-726-7525 • Email: ridgeland1@aol.com


EXHIBIT A