**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| Marcos Bognar, ]<br>Andrew Skorjanc, ]<br>Paul C. Liebrecht, ]<br>on behalf of themselves and all ]<br>others similarly situated, ]<br>]<br>    Plaintiffs, ]<br>]<br>  vs. ]<br>]<br>Town of Ridgeland, ]<br>Ridgeland Police Department, ]<br>Gary Hodges, ]<br>Richard V. Woods, and ]<br>iTraffic Safety, LLC, ]<br>]<br>    Defendants. ] | Civil Action No.: 9:10cv3227-SB |

**CONSENT MOTION FOR EXTENSION OF TIME
AND FOR BRIEFING SCHEDULE**

Comes now Plaintiffs, and with the consent of Defendants, and move this Honorable Court for an extension of time to file a consolidated Memorandum in Opposition to Defendants' Motions to Dismiss. Presently, the response to Defendant iTraffic Safety, LLC's Motion to Dismiss is due on July 5, 2011. The response to the remaining Defendants' Motion to Dismiss is due on July 14, 2011. Plaintiffs request an extension of time to file a consolidated response to be due on July 14, 2011. Plaintiffs and Defendants agree that any Reply can be filed on or before July 29, 2011.

RESPECTFULLY SUMBITTED, this 5th day of July, 2011.

1

STROM LAW FIRM, LLC


By:  s/J.P. Strom, Jr.
J. Preston Strom, Jr. (Fed. I.D. No. 4354)
Mario A. Pacella (Fed. I.D. No. 7538)
2110 N. Beltline Blvd, Suite A
Columbia, South Carolina 29204
Telephone: (803) 252-4800
Facsimile: (803) 252-4801

The Rutherford Law Firm, LLC
J. Todd Rutherford (Fed. I.D. No. 7126)
P.O. Box 1452
Columbia, South Carolina 29202-1452
Telephone: (803) 256-3003
Facsimile: (803) 256-9698


Lord Law Firm, LLC
Ray A. Lord (Fed. I.D. No. 7631)
7436 Broad River Road
Suite 110
P.O Box 2735
Irmo, South Carolina 29063
Telephone: (803) 407-4140
Facsimile: (803) 407-4710