IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

RECEIVED
USDC. CLERK, CHARLESTON, SC

2011 JUL -8  A 11: 34

| | | |
|---|---|---|
| Marcos Bognar, <br> Andrew Skorjanc, <br> Paul C. Liebrecht, <br> on behalf of themselves and all <br> others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Town of Ridgeland, <br> Ridgeland Police Department, <br> Gary Hodges, <br> Richard V. Woods, and <br> iTraffic Safety, LLC, <br><br> Defendants. | ] ] ] ] ] ] ] ] ] ] ] ] ] ] ] ] ] ] | Civil Action No.: 9:10cv3227-SB |

## CONSENT ORDER AND BRIEFING SCHEDULE

Before the Court is Plaintiffs' Motion for Extension of Time to file a consolidated Opposition to Defendants' Motions to Dismiss. Defendants Consent to Plaintiffs' Motion. Presently, the response to Defendant iTraffic Safety, LLC's Motion to Dismiss is due on July 5, 2011. The response to the remaining Defendants' Motion to Dismiss is due on July 14, 2011. The Court **GRANTS** Plaintiffs' Motion for Extension of time. Plaintiffs shall file a consolidated response by July 14, 2011. Defendants shall file any Reply by July 29, 2011.

SO ORDERED, this ___6___ day of July, 2011.

The Honorable Sol Blatt
United States District Judge
District of South Carolina

Charleston, South Carolina

1