IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Jeremy Glenn Ahlum, Mark William Emery, and James Gary Gain, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 9:10-3227-SB |
| v. | ) |
| Town of Ridgeland, Ridgeland Police Department, Gary Hodges, Richard V. Woods, Officer K. Lowther, Officer B. Dobbs, Officer D.R. Swinehamer, and iTraffic Safety, LLC, | ) **ORDER**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter came before the Court on Wednesday, October 12, 2011, for a hearing on the Defendants' motions to dismiss. For the reasons set forth on the record during the hearing, the Court hereby

**GRANTS** the Defendants' motions to dismiss (Entries 35 and 36), and this matter is ended.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 13, 2011
Charleston, South Carolina

