AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Marcos Bognar, Andrew Skorjanc, Paul C. Liebrecht, on behalf of themselves and all others similarly situated <br> *Plaintiff* <br> v. <br> Town of Ridgeland, Ridgeland Police Department, Gary Hodges, Richard V. Woods, iTraffic Safety, LLC <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.    9:10-cv-3227-SB |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  The Court Grants defendants Ridgeland Police Department, Town of Ridgeland, Richard V Woods and iTraffic Safety LLC's Motions to Dismiss.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sol Blatt, Jr., United States District Judge, on Motions to Dismiss.

Date:   October 14, 2011                                              *CLERK OF COURT*

                                                                                            s/ Virginia Druce
                                                                                    *Signature of Clerk or Deputy Clerk*