AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Marcos Bognar, Andrew Skorjanc, Paul C. Liebrecht, on behalf of themselves and all others similarly situated<br>*Plaintiff*<br>v.<br>Town of Ridgeland, Ridgeland Police Department, Gary Hodges, Richard V. Woods, iTraffic Safety, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.    9:10-cv-3227-SB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  The Court grants defendants Ridgeland Police Department, Town of Ridgeland, Richard V. Woods, Gary Hodges, and iTraffic Safety LLC's motions to dismiss.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sol Blatt, Jr., United States District Judge, on Motions to Dismiss.

Date: October 24, 2011                                                *CLERK OF COURT*

                                                                                    s/ Virginia Druce
                                                                        *Signature of Clerk or Deputy Clerk*